**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOHN T. HUGHES
CAROL A. HUGHES
        Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
        Movant

vs.

CHRISTIANA TRUST - DIV WILMINGTON SAVINGS FUND SOCIETY FSB - INDENTURE TRUSTEE
        Respondents

Case No. 17-20715JAD

Chapter 13

Document No __

**NOTICE OF FUNDS ON RESERVE**

    The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 3068.

    Regular mortgage payments are currently being directed to the following creditor at the following address:

    CHRISTIANA TRUST - DIV WILMINGTON SAVINGS FUND SOCIETY FSB - INDENTURE TRUSTEE
    C/O SELECT PORTFOLIO SVCNG INC*
    PO BOX 65450
    SALT LAKE CITY,UT 84165

    Movant has been requested to send payments to:
    RUSHMORE LOAN MANAGEMENT SERVICES LLC
    P.O. BOX 514707
    LOS ANGELES, CA 90051-4707

    3068

    The Chapter 13 Trustee's CID Records of CHRISTIANA TRUST - DIV WILMINGTON SAVINGS FUND SOCIETY FSB - INDENTURE TRUSTEE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

    The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 9/8/2017.

|  |  |
|---|---|
| cc: Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>JOHN T. HUGHES, CAROL A. HUGHES, 161 OAK STREET, MONROEVILLE, PA  15146<br><br>:<br>SELECT PORTFOLIO SERVICING**, BANKRUPTCY NOTICES**, POB 65250, SALT LAKE CITY, UT  84165<br><br>ORIGINAL CREDITOR:<br>CHRISTIANA TRUST - DIV WILMINGTON SAVINGS FUND SOCIETY FSB - INDENTURE TRUSTEE, C/O SELECT PORTFOLIO SVCNG INC*, PO BOX 65450, SALT LAKE CITY, UT  84165<br><br>NEW CREDITOR:<br>RUSHMORE LOAN MANAGEMENT SERVICES LLC<br>P.O. BOX 514707<br>LOS ANGELES, CA 90051-4707 | DEBTOR'S COUNSEL:<br>SEAN LOGUE ESQ, SEAN LOGUE & ASSOCIATES, 101 W MAIN ST #301, CARNEGIE, PA  15106<br><br>ORIGINAL CREDITOR'S COUNSEL:<br>WILLIAM E MILLER ESQ, STERN AND EISENBERG PC, 1581 MAIN ST STE 200, WARRINGTON, PA  18976 |