# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | JOHN T. & CAROL A. HUGHES |
| **Case Number:** | 17-20715-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 07, 2017 03:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/8/17 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#14 - Continued Confirmation of Plan Dated 3/14/2017 (N)
+Objections By: Christina Trust a division of Wilmington Savings Fund Society, FSB
R / M #:  14 / 0

**Appearances:**

Debtor: No one appeared — email that D's aunt passed and funeral today. However, would not have been able to recommend confirmation

Trustee: Winnecour / Bedford / Pail / Katz

Creditor: Kovaluhic — PA Rev

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _X_ Contested Hearing: 10/18/17 at 9:00.
10. _✓_ Other:

Only 1 of 6 pmts made.

8/31/2017   2:13:55PM

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                    Case No. 17-20715-JAD
John T. Hughes                                                            Chapter 13
Carol A. Hughes
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: jhel                 Page 1 of 1              Date Rcvd: Sep 08, 2017
                               Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db/jdb         +John T. Hughes,   Carol A. Hughes,   161 Oak Street,   Monroeville, PA 15146-4107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James  Warmbrodt     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sean  Logue    on behalf of Joint Debtor Carol A. Hughes sean@seanloguelaw.com,
               lesliebrown.paralegal@gmail.com
              Sean  Logue    on behalf of Debtor John T. Hughes sean@seanloguelaw.com,
               lesliebrown.paralegal@gmail.com
              William E. Miller    on behalf of Creditor    Christina Trust, a division of Wilmington Savings
               Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL3 Trust, Mortgage-Backed Notes,
               Series 2014-RPL3 wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 10