UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**\*This matter was heard by The Honorable Gregory L. Taddonio**

| | |
|---|---|
| Debtor: | JOHN T. & CAROL A. HUGHES |
| Case Number: | 17-20715-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, OCTOBER 18, 2017 09:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Contested Hearing on Confirmation of Debtors' Chapter 13 Plan Dated 3/14/2017
- Objection filed 7/19/2017 at Doc. No. 26 by Pennsylvania Department of Revenue
- Conciliation Held 6/29/2017 - Continued To 9/7/2017
- Objection filed 5/31/2017 at Doc. No. 29 by Christina Trust, a Division of Wilmington Savings Fund Society, FSB
- Conciliation Held 9/7/2017 - Continued To 10/18/2017 Contesteds
R / M #:   14 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / BEDFORD / KATZ / (PAIL)
DEBTORS: SEAN LOGUE, ESQUIRE — No appearance
CREDITOR: ANTHONY KOVALCHICK, ESQUIRE for PA DEPT. OF REVENUE — Edmundson
CREDITOR: WILLIAM E. MILLER, ESQUIRE for CHRISTINA TRUST — Jaqursh

## Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY / JURY
    _____ Simple / Pretrial Order - NONJURY / JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
**X** OTHER: Dismiss case w/o prejudice.
- plan is not feasible.
- tax returns are unfiled (beyond § 1308 timeframe)
- no appearance at hearing
- no proof on record of confirmable plan is prospect

FILED
10/18/17 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

~~JEFFERY A. DELLER~~ GLT
~~Chief~~ U.S. Bankruptcy Judge

**- Order entered 10/18/2017 Dismissing Case Without Prejudice**