**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/18/17 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

JOHN T. HUGHES and
CAROL A. HUGHES,

           Debtors.

Bankruptcy No. 17-20715-JAD

Related To Doc. No. 14

Issued Per 10/18/2017 Proceeding

Chapter 13

## ORDER DISMISSING CASE WITH PREJUDICE AND TERMINATING INCOME ATTACHMENT

      AND NOW, this **18th** day of **October, 2017, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** and that the Debtors remain legally liable for all of their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

      **IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtors are ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

      **IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtors shall serve a copy of this order on each such employer and entity immediately.

      **IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

      **IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ mas
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

cm: **All Creditors And All Parties In Interest**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-20715-JAD
John T. Hughes                                                      Chapter 13
Carol A. Hughes
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: gamr                  Page 1 of 2                   Date Rcvd: Oct 18, 2017
                               Form ID: pdf900             Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
```
db/jdb         +John T. Hughes,    Carol A. Hughes,    161 Oak Street,    Monroeville, PA 15146-4107
cr             +Christina Trust, a division of Wilmington Savings,    Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3400
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    564 Forbes Avenue,
                 Manor Building,   Pittsburgh, PA 15219-2908
14521269        American Express Travel Related Services Company,, Inc.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
14371711       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                 (address filed with court: Collection Service Cen,     Attn:Collection Center,    Po Box 14931,
                 Pittsburgh, PA 15234)
14656468       +Christiana Trust, et al.,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14409101       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14371715       +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                 Sioux Falls, SD 57117-5097
14371716       +Mid Am B&T Credit Card,    Po Box 68,    Ralla, MO 65402-0068
14423250       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14371719       +Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
14371720       +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14371710       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 19 2017 01:17:54
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                 Miami, FL 33146-1873
14656468       +E-mail/Text: jennifer.chacon@spservicing.com Oct 19 2017 01:18:23    Christiana Trust, et al.,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14371712       +E-mail/Text: kcarter@creditmanagementcompany.com Oct 19 2017 01:17:52    Credit Management, LP,
                 Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14641873       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 19 2017 01:18:18    Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14642759        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of Chase Bank USA, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14654345        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:13
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14413466        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14413467        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:12
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14371718        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:46:16
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14373571       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:24:16
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14387783        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2017 01:17:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
14371719       +E-mail/Text: jennifer.chacon@spservicing.com Oct 19 2017 01:18:23
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr              Duquesne Light Company
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14371713*      +Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14371714*      +Credit Management, LP,    Attn: Bankruptcy,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14371717*      +Mid Am B&T Credit Card,    Po Box 68,    Ralla, MO 65402-0068
                                                                                              TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: gamr                  Page 2 of 2                  Date Rcvd: Oct 18, 2017
                               Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:

```
              Anthony T. Kovalchick    on behalf of Creditor  Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              James   Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sean   Logue    on behalf of Debtor John T. Hughes sean@seanloguelaw.com,
               lesliebrown.paralegal@gmail.com
              Sean   Logue    on behalf of Joint Debtor Carol A. Hughes sean@seanloguelaw.com,
               lesliebrown.paralegal@gmail.com
              William E. Miller    on behalf of Creditor    Christina Trust, a division of Wilmington Savings
               Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL3 Trust, Mortgage-Backed Notes,
               Series 2014-RPL3 wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 10
```