**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   JOHN T. HUGHES
   CAROL A. HUGHES
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:17-20715 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/28/2017 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 3,135.00 |
| Less Refunds to Debtor | 2,992.39 | |
| TOTAL AMOUNT OF PLAN FUND | | 142.61 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 142.61 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 142.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   BAYVIEW FINANCIAL LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4602 | | | | |
|   CHRISTIANA TRUST - DIV WILMINGTON SA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3068 | | | | |
|   PA DEPARTMENT OF REVENUE* | 29,335.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 4258 | | | | |
|   BAYVIEW FINANCIAL LOAN | 31,227.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4602 | | | | |
|   CHRISTIANA TRUST - DIV WILMINGTON SA | 22,097.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 3068 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 856.65 | 0.00 | 0.00 | 0.00 |
|     Acct: S282 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 703.95 | 0.00 | 0.00 | 0.00 |
|     Acct: S282 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 2,253.38 | 0.00 | 0.00 | 0.00 |
|     Acct: E212 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 64.53 | 0.00 | 0.00 | 0.00 |
|     Acct: E212 | | | | |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 664.09 | 0.00 | 0.00 | 0.00 |
| Acct: S280 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
| SEAN LOGUE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN T. HUGHES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEAN LOGUE ESQ | 1,950.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN T. HUGHES | 2,992.39 | 2,992.39 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 010Z | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6914 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7449 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3810 | | | | |
| FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9011 | | | | |
| MID AMERICA BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5600 | | | | |
| MID AMERICA BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0153 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2403 | | | | |
| TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3222 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 10,204.71 | 0.00 | 0.00 | 0.00 |
| Acct: 8359 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 7,617.84 | 0.00 | 0.00 | 0.00 |
| Acct: 4855 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 3,262.24 | 0.00 | 0.00 | 0.00 |
| Acct: 7333 | | | | |
| AMERICAN EXPRESS TRAVEL RELATED S | 26,697.79 | 0.00 | 0.00 | 0.00 |
| Acct: 4007 | | | | |
| DUQUESNE LIGHT COMPANY* | 4,886.44 | 0.00 | 0.00 | 0.00 |
| Acct: 9962 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 629.97 | 0.00 | 0.00 | 0.00 |
| Acct: 6418 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 894.25 | 0.00 | 0.00 | 0.00 |
| Acct: 2431 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM MILLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2707 | | | | |
| ANTHONY T KOVALCHICK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | | | | | |

\*\*\* N O N E \*\*\*

TOTAL PAID TO CREDITORS                                    0.00

TOTAL CLAIMED
PRIORITY         0.00
SECURED     87,202.43
UNSECURED   54,193.24

Date: 11/20/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com